JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA JAUREGUI, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROADRUNNER TRANSPORTATION SERVICES, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 2:21-CV-04657-SPG-PD<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE [ECF NO. 60]** |

This Court, having considered the parties' Joint Stipulation to Remand Case to State Court (ECF No. 60 ("Stipulation")) and finding good cause thereof, hereby GRANTS the Stipulation and ORDERS that this case be remanded to the Superior Court of the State of California for the County of Los Angeles, Case No. 21STCV12728. The Court directs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

Dated: December 26, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-